1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   SEAN GODWIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SEAN GODWIN,<br><br>                Defendant. | CR 13-168 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of May 30, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for June 27, 2013.

Mr. Godwin's first appearance before the District Court was on April 4, 2013. At that time, the parties requested that the matter be continued to May 30, 2013 in order to obtain laboratory reports regarding the controlled substances seized in this case. The government has received some of the relevant reports but a portion of the seized substances have not yet been analyzed. Without these laboratory reports it is impossible to calculate the applicable Sentencing Guidelines range, and,

consequently, to negotiate any resolution of this matter.

The parties agree and stipulate that the time until June 27, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford counsel necessary time for effective preparation.

Date: May 29, 2013  /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant SEAN GODWIN


Date: May 29, 2013  /s/
AARON WEGNER
Assistant United States Attorney

### ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 27, 2013 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until June 27, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

May 29, 2013
Date

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE