STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
SEAN GODWIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN GODWIN,<br><br>Defendant. | CR 13-168 YGR<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of June 27, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for August 22, 2013.

Mr. Godwin's first appearance before the District Court was on April 4, 2013. At that time, the parties requested that the matter be continued to May 30, 2013 in order to obtain laboratory reports regarding the controlled substances seized in this case. The case was continued again, by stipulation, to June 27, 2013 because the government had received some of the relevant reports but a portion of the seized substances had not yet been analyzed. The government is still waiting for

the laboratory analysis of that evidence. Without these laboratory reports it is impossible to calculate the applicable Sentencing Guidelines range, and, consequently, to negotiate any resolution of this matter.

Additionally, counsel for the government is unavailable on June 24, 2013 because he has a matter on calendar in front of the Honorable Jeffrey S. White in San Francisco at 2:00 p.m. on that date. Counsel for Mr. Godwin will be engaged in jury trial between July 8-12, 2013 (CR 11-188 SBA) and July 22-25, 2013 (CR 12-777 CW), and will be out of the office on August 15, 2013.

The parties agree and stipulate that the time until August 22, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford counsel necessary time for effective preparation and to provide Mr. Godwin and the government continuity of counsel.

Date: June 24, 2013 /s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for defendant SEAN GODWIN

Date: June 24, 2013 /s/
AARON WEGNER
Assistant United States Attorney

CR 12-00168 YGR
Stipulation to Continuance and Exclusion of Time

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and afford the government and Mr. Godwin continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to **August 22, 2013 at 9:30am** (specially set time for calendar on this date), before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until August 22, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

\_\_June 24, 2013_____
Date    HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE